## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Cengage Learning, Inc., et al.

                        Plaintiff,

v.                                               Case No.: 1:19−cv−01727
                                             *SEALED*
                                             Honorable John Robert Blakey

Morena for International Trading, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 9, 2019:

      MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 4/9/19. Plaintiffs' request to unseal the docket [24] is granted, and the Clerk is directed to unseal this case. Plaintiffs' motions to exceed page limitation [25] and for entry of preliminary injunction, asset freeze, and continued expedited discovery [26] also are granted. Enter Preliminary Injunction Order. Oral motion for entry of stipulation regarding freeze of assets belonging to Third Party Awad is also granted. Enter Stipulated Preliminary Injunction Order. Based on counsel's representations concerning service, Defendants' responsive pleadings are due 4/15/19. Accordingly, the status hearing previously set for 4/11/19 is stricken and reset for 5/2/19 at 9:45 a.m. in Courtroom 1203. If appropriate, Plaintiffs should file any motion for default judgment by 4/26/19 and notice it for presentment on 5/2/19. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.