**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CENGAGE LEARNING, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 19 C 1727 |
| v. | ) | |
| | ) | Judge John Robert Blakey |
| MORENA FOR INTERNATIONAL | ) | |
| TRADING, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

THIS CAUSE is before the Court on the Motion of Plaintiffs Cengage Learning, Inc., Bedford, Freeman & Worth Publishing Group, LLC, McGraw-Hill Global Education Holdings, LLC, and Pearson Education, Inc. (collectively, "Plaintiffs") for a default judgment in the amount of $28,650,000 and a permanent injunction against Defendants  Morena for International Trading, Morena Hong Kong Limited, Aika Trading Company, Kloni, Zeena Books LLC, Mazen Alali (aka Aym Hjz, Hamza Alali, Haz Li, Hend Ai, Lolo Abc, Mazen Ali, and Mazen Sayes), Sawsan Shabaan, Ahmad Harasis, Wasim Al Khatib, Nour Abulobeh, Samir Khattab, Hong Lu, Lamis Salameh, and Mohammed Sayes.  Plaintiffs' Motion is brought pursuant to Federal Rule of Civil Procedure 55(b), the Copyright Act, 17 U.S.C. §§ 101 *et seq.*, and the Lanham Act, 15 U.S.C. §§ 1114 *et seq.*  Plaintiffs proceed on the basis that Defendants are importing, distributing, offering for sale, and/or selling counterfeits of Plaintiffs' textbooks, *i.e.*, unauthorized copies of Plaintiffs' copyrighted works bearing Plaintiffs' federally registered trademarks, as set forth in the Amended Complaint.

1

Plaintiffs initiated this action on March 12, 2019 alleging that the eight original Defendants willfully engaged in copyright infringement and trademark counterfeiting and infringement. The next day, Plaintiffs moved for a temporary restraining order, as well as permission to serve process on Defendants by email and conduct expedited discovery into Defendants' identities and sales, which was granted. *Ex Parte* Order, ECF No. 13. Plaintiffs served their moving papers and the Court's *Ex Parte* Order on Defendants by email on March 23, 2019. Cert. of Service, ECF No. 33. On April 16, 2019, Plaintiffs filed the Amended Complaint, identifying six additional Defendants involved in the counterfeiting operation and providing additional information on counterfeit sales found through expedited discovery. Am. Compl., ECF No. 42. Defendants have not responded to the Amended Complaint or otherwise appeared in this case. Accordingly, upon Plaintiffs' motion and supporting declaration, ECF No. 46, default was entered against Defendants on May 16, 2019. Minutes Entry, ECF No. 51.

On June 6, 2019, Plaintiffs submitted a Motion for Default Judgment against Defendants pursuant to Federal Rule of Civil Procedure 55(b) and a Memorandum of Law and Declarations in support thereof.

Having reviewed Plaintiffs' papers, and the entire record herein, the Court HEREBY FINDS that:

A.    Defendants have been properly served in this action with the Amended Complaint and Summonses;

B.      Defendants have not filed an Answer or otherwise responded to the Amended Complaint or appeared in this action;

C.      Plaintiffs own the copyrights or exclusively control all rights, title, and interest in and to their respective works described on Exhibit 2 to the Murphy Declaration filed with Plaintiffs' Memorandum of Law (the "Infringed Works");

D.      Plaintiffs own or exclusively control all rights, title, and interest in and to their respective trademarks and service marks described on Exhibit 2 to the Murphy Declaration (the "Infringed Marks");

E.      Defendants have willfully infringed Plaintiffs' copyrights in the Infringed Works and willfully counterfeited and infringed the Infringed Marks in connection with the importation, distribution, offering for sale, and/or sale of counterfeit copies of textbooks published by Plaintiffs;

F.      Defendants' willful infringement of Plaintiffs' copyrights in the Infringed Works and Infringed Marks has caused Plaintiffs irreparable harm;

G.      The continued importation, distribution, offering for sale, and/or sale of counterfeits of Plaintiffs' textbooks will result in irreparable injury to Plaintiffs if the requested relief is not granted, and no adequate remedy at law exists.  Plaintiffs will lose control over the exercise of their exclusive rights and the reputation of their brands, and also suffer an indeterminable amount of harm through sales lost to counterfeits;

H.      Defendants are therefore liable to Plaintiffs, jointly and severally, for willful copyright infringement under the Copyright Act, 17 U.S.C. §§ 101, *et seq.*, and

willful trademark infringement and counterfeiting under the Lanham Act, 15 U.S.C. § 1114. Defendants have also violated the Lanham Act, 15 U.S.C. § 1125(a), by falsely designating the origin of textbooks as associated with or originating from Plaintiffs.

I.    As a result of Defendants' unlawful conduct, Plaintiffs are entitled to the entry of a final judgment and permanent injunction against Defendants.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants, their officers, directors, agents, servants, representatives, employees, successors, and assigns, and all those acting in active concert or in participation with any of them (including those using any pseudonyms or false identities, including those set forth on Appendix A), are permanently enjoined and restrained from (i) directly or indirectly infringing any copyrighted work that is owned or exclusively controlled by Plaintiffs (or any parent, subsidiary, or affiliate of Plaintiffs), including but not limited to any print or digital textbook or other work published under the imprints identified on Appendix B, whether now in existence or later created ("Plaintiffs' Works"), and (ii) permanently enjoined and restrained from directly or indirectly infringing any trademarks or service marks that are owned or exclusively controlled by Plaintiffs (or any parent, subsidiary, or affiliate of Plaintiffs), including but not limited to trademarks and service marks associated with the imprints identified on Appendix B, whether now in existence or later created ("Plaintiffs' Marks"). This relief includes, but is not limited to, a permanent injunction upon Defendants from directly or indirectly manufacturing, reproducing, importing, distributing (including returning goods purchased from another), offering for sale,

and/or selling counterfeit copies of Plaintiffs' Works.

IT IS FURTHER ORDERED that Defendants, their officers, directors, agents, servants, representatives, employees, successors, and assigns, and all those acting in active concert or in participation with any of them (including those using any pseudonyms or false identities, including those set forth on Appendix A), are permanently enjoined and restrained from: (i) Enabling, facilitating, permitting, assisting, soliciting, encouraging, or inducing others to directly or indirectly infringe Plaintiffs' Works; and (ii) enabling, facilitating, permitting, assisting, soliciting, encouraging, or inducing others to directly or indirectly infringe Plaintiffs' Marks. This relief includes, but is not limited to, a permanent injunction upon Defendants from enabling, facilitating, permitting, assisting, soliciting, encouraging, or inducing others to directly or indirectly manufacture, reproduce, import, distribute (including return goods purchased from another), offer for sale, and/or sell counterfeit copies of Plaintiffs' Works. Defendants are also permanently enjoined from falsely designating the origin of goods, including textbooks, as associated with or originating from Plaintiffs (or any parent, subsidiary, or affiliate of Plaintiffs) when they are not.

IT IS FURTHER ORDERED that, pursuant to 17 U.S.C. § 504(c) and 15 U.S.C. § 1117(c), Plaintiffs are awarded statutory damages against Defendants, joint and severally, for willful copyright infringement and trademark counterfeiting/infringement, plus post-judgment interest calculated at the rate set forth in 28 U.S.C. § 1961, in the amount of $28,650,000.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over the

parties and the subject matter of this litigation for the purpose of interpretation and enforcement of this Permanent Injunction.

FINAL JUDGMENT is hereby entered in favor of Plaintiffs against Defendants Morena for International Trading, Morena Hong Kong Limited, Aika Trading Company, Kloni, Zeena Books LLC, Mazen Alali (aka Aym Hjz, Hamza Alali, Haz Li, Hend Ai, Lolo Abc, Mazen Ali, and Mazen Sayes), Sawsan Shabaan, Ahmad Harasis, Wasim Al Khatib, Nour Abulobeh, Samir Khattab, Hong Lu, Lamis Salameh, and Mohammed Sayes, jointly and severally, as described above, for a total sum of $28,650,000, plus post-judgment interest calculated at the rate set forth in 28 U.S.C. § 1961.

Dated: June 13, 2019

Entered:

John Robert Blakey
United States District Judge

## APPENDIX A:  NAMES, PSEUDONYMS, OR FALSE IDENTITIES

| NAME | | |
|---|---|---|
| Ahmad Harasis | John Pham | Msa Yees |
| Ahmed Hassan | Lama Soly | Msa Yess |
| Ava William | Lamis Salameh | Nour Abu-Lobeh |
| Aym Hjz | Liam Logan | Nour Mark |
| Ayman Hijazi | Lima Jacob | Samir Khattab |
| George Taylor | Lolo Abc | Sara Ali |
| Haitham Jayy | Ma Say | Sara Mady |
| Hamza Alali | Mark Nour | Sawsan Shabaan |
| Hamza Ali | Maz Aly | Sawsan Shaban |
| Hassan Mohamed Khattab Danash | Maz Ay | Steven Lee |
| Haz Li | Mazan Awad | Walaa Awad |
| Hend Ai | Mazan Sami | Walaa H Awad |
| Hend AlAli | Mazen Alali | Wasim Alkhat |
| Hend Ali | Mazen Ali | Wasim Alkhatib |
| Hend Aly | Mazen Awad | Wasim White |
| Hend Hind | Mazen Sadeq | William Brown |
| Henry King | Mazen Sami Alali | Zayne Zabell |
| Hong Lu | Mazen Sayes | Zeena AlAli |
| Isabella Smith | Mohammed Sayes | Zeena Mazen Sami Al-Ali |

| EMAIL ADDRESSES | | |
|---|---|---|
| 1123569@yandex.com | hippocratesbooks@outlook.com | nour1985@mail.com |
| a.hars@klonico.com | hk2416571@gmail.com | nour85@yandex.com |
| a.hijazi6868@gmail.com | hk2416571@yandex.com | s.mad123@yandex.com |
| abcbook10@yahoo.com | ie_lamis@yahoo.com | samir.khattab59@mail.com |
| alalih15@gmail.com | khalid.abusara@aika-me.com | sara1985madreed@gmail.com |
| alharaseesa84@gmail.com | l.soly333@gmail.com | sawsan.shaban@aika-me.com |
| amazon1985awad@gmail.com | l123569@yandex.com | sydel79@fsmilitary.com |
| Azz.jarrar@mail.com | laiali8989@gmail.com | wala1985awad@gmail.com |
| dorenher80@zoho.com | lamis.salameh@morena-me.com | wasim1978@mail.com |
| dr.sahelshaban@gmail.com | mazen.alali@morena-me.com | wasim1978@protonmail.com |

| hen@alali1111@gmail.com | msayes68@mail.com | Zee987321@protonmail.com |
|---|---|---|
| hend.alali1111@gmail.com | mzam201666@mail.com | Zee987321@yandex.com |

| ADDRESSES | | | | |
|---|---|---|---|---|
| **Street** | **City** | **State** | **Zip Code** | **Country** |
| 4 Goldfield Rd | Honolulu | HI | 96815 | USA |
| 201 North Garland Court | Chicago | IL | 60601 | USA |
| 2328 W Augusta Blvd. | Chicago | IL | 60622 | USA |
| 26 E. Pearson Street | Chicago | IL | 60611 | USA |
| 3046 N Ashland Ave. | Chicago | IL | 60657 | USA |
| 5400 N. Lakewood Ave. | Chicago | IL | 60640 | USA |
| 8200 Clyde Avenue | Chicago | IL | 60617 | USA |
| 970 East 58th Street | Chicago | IL | 60637 | USA |
| 101 Lively Blvd | Elk Grove Village | IL | 60007 | USA |
| 3825 N Wilton | Liberty | IL | 60605 | USA |
| 5500 S University Ave, Suite 110 | Chicago | IL | 60637 | USA |
| 115 South Locus Street, Suite C | Oxford | OH | 45056 | USA |
| 1452 Ridge Road | Allen | TX | 75060 | USA |
| 2150 North Kenmore Ave | Austin | TX | 45040 | USA |
| 1106 Timm Dr | College Station | TX | 77840 | USA |
| Andaluciyeh Complex | College Station | TX | 75703 | USA |
| 600 Melba St | Dallas | TX | 75208 | USA |
| 11809 Deer Grass Cir. | El Paso | TX | 11809 | USA |
| 8424 Illinois Ave | Garland | TX | 75040 | USA |
| 9210 Bintliff Dr | Houston | TX | 77074 | USA |
| 9210 Blintliff Dr | Houston | TX | 77074 | USA |
| 2803 Kings Crossing Dr | Kingwood | TX | 77345 | USA |
| 2300 Glenna Goodacre Blvd. | Lubbock | TX | 79401 | USA |
| 1601 N College St. | McKinney | TX | 75069 | USA |
| 4450 Ridge Rd Apt 5208 | McKinney | TX | 75070 | USA |
| 5913 Silverton Ave | McKinney | TX | 75070 | USA |
| 6405 Eldorado Pkwy | Mckinney | TX | 75070 | USA |
| 7815 Willow Chase Blvd | McKinney | Tx | 75070 | USA |
| 587 William Lane | Plainview | TX | 79072 | USA |
| 11809 Deer Grass Cir. | San Antonio | TX | 79936 | USA |

| ADDRESSES | | | | |
|---|---|---|---|---|
| Street | City | State | Zip Code | Country |
| 6 Ashley Grn | San Antonio | TX | 78257 | USA |
| 7723 Ridge St | San Antonio | TX | 78209 | USA |
| 8424 Illinois Ave | San Antonio | TX | 79936 | USA |
| 8636 Sierra Sky | San Antonio | TX | 78254 | USA |
| 1000 Hicks Street | Tomball | TX | 77375 | USA |
| 99 Trophy Club Drive | Trophy Club | TX | 76762 | USA |
| 7518 Carothers St | Houston | TX | 77028 | USA |
| 301 Frontier Way | Liberty | TX | 77070 | USA |
| 5917 67th St, | Lubbock | TX | 79424 | USA |
| 45 Zain al-Sharaf St, Marj al-Hamam | Amman | | | Jordan |
| 7th Circle, Zahran Plaza, Complex GF 3 | Amman | | 11952 | Jordan |
| Al Dahla Complex, Mamdoug Saraya St | Amman | | | Jordan |
| Andaluciyeh Complex | Amman | | | Jordan |
| Hareth ben qais St. | Amman | | 11821 | Jordan |
| Mecca Street, Husseni Complex, Office 302 | Amman | | | Jordan |
| Tela Alali, Abd Alziz Asfour St. | Amman | | | Jordan |
| Wadi Seer, 8th Circle | Amman | | | Jordan |
| Zahran Street, 7th Circle Anman | Amman | | 11952 | Jordan |
| Andaluciyeh Complex | Madaba | | | Jordan |
| 16th St. - Al Shamkha Villa 17 | Abu Dhabi | Abu Dhabi | | AE |
| Street 302 | Dubai | | 66673 | AE |
| MT 2336, Hoking Ctr., No. 2-16 Fa Yuen St. | Mongkok | | | Hong Kong |
| Room 11, Gate 19, Bldg 8, District 3 | Baojian | Wuchang Wuhan Hubei | 430000 | China |
| Room A404,Yongcheng Garden | Wuhan | | | China |

### APPENDIX B:  PLAINTIFFS' IMPRINTS

| BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC | CENGAGE LEARNING, INC. |
|---|---|
| Bedford, Freeman & Worth High School Publishers<br>Bedford/St. Martin's<br>BFW<br>BFW High School Publishers<br>Freeman<br>Macmillan Education<br>Macmillan Learning<br>W.H. Freeman & Company<br>Worth<br>Worth Publishers | Brooks Cole<br>Cengage<br>Cengage Learning<br>Course Technology<br>Delmar<br>Gale<br>Heinle<br>Milady<br>National Geographic Learning<br>South-Western Educational Publishing<br>Wadsworth |
| **MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC** | **PEARSON EDUCATION, INC.** |
| Irwin<br>Lange<br>McGraw-Hill<br>McGraw-Hill Education<br>McGraw-Hill Higher Education<br>McGraw-Hill Professional<br>McGraw-Hill Ryerson<br>McGraw-Hill/Appleton & Lange<br>McGraw-Hill/Contemporary<br>McGraw-Hill/Dushkin<br>McGraw-Hill/Irwin<br>NTC/Contemporary<br>Osborne<br>Schaum's | Addison Wesley<br>Adobe Press<br>Allyn & Bacon<br>Benjamin Cummings<br>Brady<br>Cisco Press<br>Financial Times Press/FT Press<br>IBM Press<br>Longman<br>New Riders Press<br>Peachpit Press<br>Pearson<br>Pearson Education<br>Que Publishing<br>Sams Publishing |